No. 73. UNITED STATES *v.* GRINNELL CORP. ET AL.;

No. 74. GRINNELL CORP. *v.* UNITED STATES;

No. 75. AMERICAN DISTRICT TELEGRAPH Co. *v.* UNITED STATES;

No. 76. HOLMES ELECTRIC PROTECTIVE Co. *v.* UNITED STATES; and

No. 77. AUTOMATIC FIRE ALARM Co. OF DELAWARE *v.* UNITED STATES. Appeals from D. C. R. I. (Probable jurisdiction noted, 381 U. S. 910.) Motion for additional time for oral argument and for leave to have more than two attorneys participate in oral argument granted. One and one-half hours allotted to each side and four attorneys permitted to participate in oral argument for appellants. *Denis G. McInerney* for Grinnell Corp., *Macdonald Flinn* for American District Telegraph Co., *Bud G. Holman* for Holmes Electric Protective Co., and *J. Francis Hayden* for Automatic Fire Alarm Co. of Delaware, on the motion.

No. 695. COLLIER *v.* UNITED STATES. C. A. 6th Cir. (Certiorari granted, 382 U. S. 890.) Motion of the United States to vacate and remand for further consideration denied. *Solicitor General Marshall* for the United States, on the motion. Petitioner *pro se* in opposition.

No. 366. McCULLOUGH TOOL Co. ET AL. *v.* WELL SURVEYS, INC., ET AL. C. A. 10th Cir. Certiorari denied. *Edward S. Irons, R. Welton Whann, James E. Harrington* and *Richard B. McDermott* for petitioners. *Robert W. Fulwider, Rufus S. Day, Jr.,* and *Robert J. Woolsey* for respondents.